UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  SMITH, REBECCA JEAN<br>　Debtor(s) | CASE NO. 09-23727 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

　　Comes now Stacia L. Yoon, Trustee, and states as follows:

　　1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

　　2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

　　3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

　　4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:　　November 22, 2010　　　　By: /s/ Stacia L. Yoon
　　　　　　　　　　　　　　　　　　STACIA L. YOON, TRUSTEE #16933-53
　　　　　　　　　　　　　　　　　　Genetos Retson & Yoon LLP
　　　　　　　　　　　　　　　　　　8585 Broadway, Suite 480
　　　　　　　　　　　　　　　　　　Merrillville, IN 46410
　　　　　　　　　　　　　　　　　　Telephone: (219) 755-0401
　　　　　　　　　　　　　　　　　　bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Kevin M. Schmidt, ecslaw@ameritech.net
Regular Mail:
SMITH, REBECCA JEAN, 7821 Independence Street, Merrillville, IN 46410
Moravec's ATA Black Belt Academy, P.O. Box 107, Hobart, IN 46342-0104

Printed: 11/18/10 07:33 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-23727 - SMITH, REBECCA JEAN

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200164297666 | 111 | 11/18/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $2.92 |
| | | 7 | 09/02/10 | 620 | Moravec's ATA Black Belt Academy<br>P.O. Box 107<br>Hobart, IN 46342-0107 | 75.00 | 75.00 | 2.92 | 2.92 |

(*) Denotes objection to Amount Filed